(February 2, 1926.)

C. A. DAWSON and H. E. JOYNER, Copartners Doing Business as C. A. DAWSON & COMPANY, Respondents, v. D. F. MURPHY & COMPANY, a Partnership Composed of D. F. MURPHY, G. H. JOHNSON and Others, Appellant.

[243 Pac. 1118.]

Motion to Affirm Judgment Under Rule 48.

APPEAL from the District Court of the Tenth Judicial District, for Idaho County. Hon. Miles S. Johnson, Judge.

Motion to affirm judgment.   Motion granted and *judgment affirmed*.

Wilbur L. Campbell and M. Reese Hattabaugh, for Respondents.

James S. Bogart and E. M. Griffith, for Appellant.

WM. E. LEE, J.—This appeal was perfected and the transcript filed December 5, 1924. The cause was regularly reached on the calendar and set down and noticed for argument. Respondents appeared but appellant was not represented at the time fixed for the argument and has not filed a brief. We have, however, examined the transcript, and finding no fundamental error in the record, under Rule 48, on motion of respondents, the judgment is affirmed.

William A. Lee, C. J., and Budge, Givens and Taylor, JJ., concur.